IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

UNITED STATES OF AMERICA,

      Plaintiff,

vs.                                  Case No. 13-10131-JTM

JOEL M. LOPEZ,

      Defendant.

MEMORANDUM AND ORDER

The court, having reviewed the history of the action, finds and determines that the sentence imposed (Dkt. 27) was intended to run concurrently to the defendant's sentence in the criminal action brought by the State of Kansas.

IT IS SO ORDERED this 28th day of October, 2016.

                                                   s/ J. Thomas Marten
                                                 J. THOMAS MARTEN, JUDGE